UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAAMI MUHAMMAD,

        Plaintiff,

v.

FORD MOTOR COMPANY,

        Defendant.
_____/

Case No.    11-12694

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on January 12, 2012, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: January 12, 2012    By: s/Julie Owens
                                      Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Jaami S. Muhammad, 2627 Arrowwood Trail, Ann Arbor, MI 48105 and the attorneys of record on this date, January 12, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160