UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAAMI MUHAMMAD,

Case No.     11-12694

　　　　　　　Plaintiff,

HONORABLE AVERN COHN

v.

FORD MOTOR COMPANY,

　　　　　　　Defendant.
_____/

## JUDGMENT

　　　For the reasons stated in the Memorandum and Order entered on January 12, 2012,

judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: January 12, 2012　　　By: s/Julie Owens_____
　　　　　　　　　　　　　　　　　Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Jaami S. Muhammad, 2627 Arrowwood Trail, Ann Arbor, MI 48105 and the attorneys of record on this date, January 12, 2012, by electronic and/or ordinary mail.

S/Julie Owens_____
Case Manager, (313) 234-5160